UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HEIDI PIERSIAK, PERSONAL REPRESENTATIVE OF THE ESTATE OF EMMA GOODWIN LOWE<br><br>**Plaintiff**<br><br>vs.<br><br>**TOWN OF JACKSON**<br><br>**Defendant** | <br><br><br><br><br><br><br><br>**DOCKET NO. : 1:24-cv-00289-SDN** |

Plaintiff Heidi Piersiak respectfully submits this Motion for Extension of Time to Complete Service and Response to the Court's Order to Show Cause regarding the failure to timely serve the Defendant, Town of Jackson. In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed the Complaint in this matter on August 9, 2024. Under Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff was required to serve Defendant within 90 days. Plaintiff acknowledges that service has not yet been completed as of the date of this filing.

2. Since filing the Complaint, Plaintiff has been engaged in discussions with William Kelly, who indicated he is counsel for the Town of Jackson, regarding the possibility of resolving this matter without the need for further litigation. These discussions are ongoing, and Plaintiff is awaiting a formal settlement offer from Defendant.

3. Counsel for the Town of Jackson has indicated that they are not opposed to Plaintiff's request for additional time to complete service. However, as Defendant's counsel has not yet

entered an appearance, Plaintiff submits this Motion to preserve the procedural integrity of the case and ensure compliance with the Court's directives.

4. Plaintiff respectfully submits that good cause exists to extend the time to complete service. Plaintiff has acted in good faith to engage in settlement discussions that may obviate the need for further litigation. Granting this extension will avoid unnecessary costs and delay, consistent with Rule 1 of the Federal Rules of Civil Procedure.

5. Plaintiff requests an additional 60 days from the date of the Court's order to complete service of process. This additional time will allow settlement discussions to proceed while preserving Plaintiff's ability to serve Defendant if needed.

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Extend the time for Plaintiff to complete service of process by 60 days from the date of the Court's order;

b. Accept this filing as a sufficient response to the Court's Order to Show Cause; and

c. Grant any other relief the Court deems just and proper.

Respectfully Submitted,

Dated: November 21, 2024

/s/ John Z. Steed
John Z. Steed, Bar #5399
Island Justice
P.O. Box 711
Stonington, ME 04681
(207) 200-7077
john@islandjusticelaw.com

CERTIFICATE OF SERVICE

Plaintiff has made due service of this Motion and Response when it was filed with the Court's ECF system and by sending an email to counsel for Defendant William Kelly at his email address of **bill@kellylawme.com**.

**/s/ John Z. Steed**